**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MOHAMMED AL-ADAHI, et al.,

   *Petitioner,*

v.

BARACK H. OBAMA, et al.,

   *Respondents.*

CIVIL ACTION FILE NO. 05-280 (GK)

### ~~[PROPOSED]~~ ORDER

Upon consideration of Petitioner's Unopposed Motion to Vacate Scheduling Order and for a New Schedule Regarding Petitioner's Motion to Reopen Case and for Judgment, it is hereby

ORDERED, that the Court's February 20, 2014 Scheduling Order (ECF No. 643) is vacated; it is further

ORDERED, that Petitioner may file a Reply brief no later than April 30, 2014; and it is further

ORDERED, that a Motions Hearing is hereby scheduled for May _15_, 2014, at _10 a.m._,

SO ORDERED.

Dated: _March 27, 2014_

_Gladys Kessler_
THE HONORABLE GLADYS KESSLER
United States District Court Judge